UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                Case No. 6:11-cr-60131-AA

RONALD D. JOLING and DOROTHEA JOLING,
        Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: October 28, 2014

_____
UNITED STATES DISTRICT JUDGE

**SO STIPULATED.**

Dated:

_____
Attorney for Plaintiff

_____
Attorney for Defendant